JULIA QUREISHI
839 Saint Francis Blvd.
Daly City, CA 94015
Tel: (650) 245-0625
Fax: (888) 755-1416

Debtor In Pro Per

**FILED**

SEP 3 0 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | Case No.  11-33410 |
|  | Chapter   13 |
| JULIA QUREISHI | NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE THE REMAINDER OF THE REQUIRED DOCUMENTS AS LISTED ON FORM B200;  MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION(S) OF JULIA QUREISHI IN SUPPORT THEREOF |
| Debtor |  |

By this Motion, JULIA QUREISHI, seeks a "20-day" extension of time specified in FRBP 1007 for filing the remainder of the required documents as listed on Form B200 in the Debtor's bankruptcy case. The grounds for this Motion are as follows:

1.  On September 19, 2011, a petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor.

2.  Pursuant to FRBP 1007, the deadline for filing the remainder of the required documents as listed in B200 with the Court is OCTOBER 3, 2011.

3.  The Debtor requests an additional 20-day, through and including October 23, 2011 in which to file the documents specified in Paragraph 2 above.

1

4. Cause exists to grant the Debtor's extension requests as follows: amount of time required to compile required information and the need to hire professional assistance to prepare the required documents.

5. This Motion is timely in that the deadline specified in FRBP 1007 has not yet passed.

WHEREFORE, Debtor requests the court extend the time for filing the documents described in Paragraph 2 above to and including October 23, 2011.

Dated: _9-30-2011_      By: _Julia C. Qureishi_

JULIA QUREISHI
Debtor In Pro Per

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## INTRODUCTION

By this Motion, JULIA QUREISHI seeks a "20-day" extension of time specified in FRBP 1007 for filing the remainder of the required documents as listed in Form B200 in the Debtor's bankruptcy case.

## II.
## FACTS

On September 19, 2011, a petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor. Pursuant to FRBP 1007, the deadline for filing the remainder of the required documents as listed on Form B200 with the Court is OCTOBER 3, 2011. The Debtor requests an additional 20-days, through and including October 23, 2011 in which to file the documents specified above. Cause exists to grant the Debtor's extension requests as follows: amount of time required to compile required information and the need to hire professional assistance to prepare the required documents. This Motion is timely in that the deadline specified in FRBP 1007 has not yet passed.

## III
## ARGUMENT

For cause shown, the court can extend the time for filing all petition documents. FRBP 9006(b)(1). In the instant case, cause exists in that Debtor needs additional time to compile required information and Debtor needs to hire professional assistance to prepare the required documents.

3

# IV
## CONCLUSION

Therefore, Debtor's request for additional 20-day extension of time for filing required documents should be granted.

WHEREFORE, I respectfully request the Court to grant the within Motion and enter its order to extend the time for filing required documents through and including October 23, 2011.

Dated: *9-30-11*                    By: *Julia C. Qureishi*
                                        JULIA QUREISHI
                                        Debtor In Pro Per

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

4

# DECLARATION

I, JULIA QUREISHI, declare as follows:

1.  This Declaration is made in support of the Motion of JULIA QUREISHI for Motion For Extension of Time to File the remainder of the required documents as listed in Form B200 in the Chapter 13 petition.

2.  I am the debtor in the Chapter 13 petition.

3.  On September 19, 2011, a petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor. A copy of the petition is attached hereto as Exhibit A.

4.  Pursuant to FRBP 1007, the deadline for filing the remainder of the required documents as listed in B200 with the Court is OCTOBER 3, 2011.

5.  The Debtor requests an additional 20-day, through and including October 23, 2011 in which to file the documents specified in Paragraph 2 above.

6.  Cause exists to grant the Debtor's extension requests as follows: amount of time required to compile required information and the need to hire professional assistance to prepare the required documents.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct.

Executed this _30th_ day of _September_, 2011 at _Daly City_, California.

_Julia C. Qureishi_
JULIA QUREISHI

5