

**Signed and Filed: October 12, 2011**

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-33410DM |
| JULIA C. QUREISHI, | Chapter 13 |
| Debtor. | |

### ORDER GRANTING EXTENSION OF TIME

On September 19, 2011, Debtor filed the above-captioned bankruptcy case. On September 20, 2011, the court entered an order ("Order") requiring Debtor to file required documents within 14 days or the case would be dismissed. On September 30, 2011, Debtor requested an extension of time to file the required documents. Upon due consideration, the court hereby orders as follows:

(1) The deadline for Debtor to file all completed documents identified in the Order is extended to October 24, 2011.

(2) If Debtor does not timely and fully comply with paragraph (1) of this order, or obtain an order further extending the deadline, this bankruptcy case may be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | Court Service List |
| 2 | Julia C. Qureishi |
| | 839 St. Francis Blvd. |
| 3 | Daly City, CA 94015 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |