# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: amalakoot | Date Created: 10/13/2011 |
| Case: 11−33410 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Julia C Qureishi     839 Saint Francis Blvd     Daly City, CA 94015

TOTAL: 1